# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Ruben De Jesus Ventura-Bartolon, | ) Case No. 17-518MJ |
| a.k.a.: Ruben De Jesus Ventura Bartolon, | ) |
| a.k.a.: Ruben De Jesus Ventura-Barcelon, | ) |
| (A201 153 043) | ) |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 26, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Ruben De Jesus Ventura-Bartolon, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Eagle Pass, Texas, on or about July 2, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Jacqueline Schesnol

☒ Continued on the attached sheet.

_Complainant's signature_

Richard G. Prunty,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 27, 2017

_Judge's signature_

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Richard G. Prunty, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 26, 2017, Ruben De Jesus Ventura-Bartolon was booked into the Maricopa County Jail (MCJ) intake facility by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Ventura-Bartolon was examined by ICE Officer B. Fitzgerald who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On October 26, 2017, Ventura-Bartolon was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Ventura-Bartolon was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Ruben De Jesus Ventura-Bartolon to be a citizen of Mexico and a previously deported criminal alien. Ventura-Bartolon was removed from the United States to Mexico through Eagle Pass, Texas, on or about July 2, 2011, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Ventura-Bartolon in any Department of Homeland

1

Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Ventura-Bartolon's immigration history was matched to him by electronic fingerprint comparison.

4. On October 26, 2017, Ruben De Jesus Ventura-Bartolon was advised of his constitutional rights. Ventura-Bartolon freely and willingly acknowledged his rights and declined to make any further statements.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about October 26, 2017, Ruben De Jesus Ventura-Bartolon, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United

///

///

///

States at or near Eagle Pass, Texas, on or about July 2, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Richard G. Prunty,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 27th day of October, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge

3